**Loren D. Podwill**, OSB #843241
E-Mail: loren.podwill@bullivant.com
**Laura Caldera Taylor**, OSB #993786
E-Mail: laura.taylor@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST, dba MIJAC MUSIC; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; EMI VIRGIN SONGS, INC., dba EMI LONGITUDE MUSIC; MUSCLE SHOALS SOUND PUBLISHING CO., a division of NORTHSIDE PARTNERS; PEERMUSIC III LTD.; LOST BOYS MUSIC; EMI BLACKWOOD MUSIC INC.; and STURGEON,<br><br>    Plaintiffs,<br><br> v.<br><br>PALA INVESTMENT, LLC, dba BARREL ROOM; and STEPHEN BERGER,<br><br>    Defendants. | Civil No.:  3:13-cv-1037<br><br>**COMPLAINT** |

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**COMPLAINT**
**Page 1**

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 7.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff MJ Publishing Trust is a Trust d/b/a Mijac Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Universal – Songs of Polygram International, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff EMI Virgin Songs, Inc. is a corporation d/b/a EMI Longitude Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 2

8. Plaintiff Muscle Shoals Sound Publishing Co. is a division of Northside Partners, which is a partnership, owned by Thomas J. Couch, Stewart M. Madison and Gerald B. Stephenson.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Peermusic III Ltd. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Lost Boys Music is a sole proprietorship owned by James Richard Steinman.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff EMI Blackwood Music Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Sturgeon is a partnership owned by Leslie E. Claypool, Timothy W. Alexander and R.L. Lalonde III.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Defendant Pala Investment, LLC is a limited liability company organized and existing under the laws of the state of Oregon, which operates, maintains and controls an establishment known as Barrel Room, located at 105 Northwest 3rd Avenue, Portland, Oregon 97209, in this district (the "Establishment").

14. In connection with the operation of the Establishment, Defendant Pala Investment, LLC, publicly performs musical compositions and/or causes musical compositions to be publicly performed.

15. Defendant Pala Investment, LLC has a direct financial interest in the Establishment.

///

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 3

16.     Defendant Stephen Berger is a manager of Defendant Pala Investment, LLC with primary responsibility for the operation and management of that limited liability company and the Establishment.

17.     Defendant Stephen Berger has the right and ability to supervise the activities of Defendant Pala Investment, LLC and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

20.     Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 19.

21.     Plaintiffs allege eight (8) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire.  All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

22.     Annexed to this Complaint as Exhibit A and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants (the "Schedule").  The Schedule contains information on the eight (8) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule):  Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 4

musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

23. For each musical composition identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

24. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

25. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

26. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

27. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 5

of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendant, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendant be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendant be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

DATED:  June 19, 2013

BULLIVANT HOUSER BAILEY PC


By   */s/ Laura Caldera Taylor*
**Loren D. Podwill**
OSB #843241
**Laura Caldera Taylor**
OSB #993786
Telephone: 503.228.6351
Attorneys for Plaintiffs

14188290.1

**Bullivant|Houser|Bailey PC**
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 6